UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

JOE DEE STANG,                                 No. 3:15-cv-02318-YY

           Plaintiff,                        ORDER

      v.

UNITED STATES OF AMERICA; RYAN
HUNT (former DMD F.C.I. Sheridan); and
JOHN KELSCH (DMD F.C.I. Sheridan),

           Defendants.


Joe Dee Stang
Register No. 08958-023
F.C.I. Sheridan
P.O. Box 5000
Sheridan, OR 97378

      Pro se Plaintiff


1 - ORDER

Billy J. Williams
United States Attorney
Jared D. Hager
Assistant United States Attorney
U.S. Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, OR 97204

       Attorneys for Defendants

HERNÁNDEZ, District Judge:

       Magistrate Judge Youlee Yim You issued a Findings and Recommendation ("F&R") [64] on January 31, 2018, in which she recommends that this Court grant Defendants' motion for summary judgment [46]. Plaintiff timely filed objections to the F&R. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

       When a party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

       The Court has carefully considered Plaintiff's objections and concludes that the objections do not provide a basis to modify the recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's F&R.

//
//
//
//
//
//

Billy J. Williams
United States Attorney
Jared D. Hager
Assistant United States Attorney
U.S. Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, OR 97204

    Attorneys for Defendants

HERNÁNDEZ, District Judge:

    Magistrate Judge Youlee Yim You issued a Findings and Recommendation ("F&R") [64] on January 31, 2018, in which she recommends that this Court grant Defendants' motion for summary judgment [46]. Plaintiff timely filed objections to the F&R. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When a party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

    The Court has carefully considered Plaintiff's objections and concludes that the objections do not provide a basis to modify the recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's F&R.

//
//
//
//
//
//

## CONCLUSION

The Court ADOPTS Magistrate Judge You's F&R [64]. Therefore, Defendants' motion for summary judgment [46] is GRANTED.

IT IS SO ORDERED.

DATED this \_\_\_6\_\_\_ day of \_\_April\_\_, 2018.

*Marco Hernández*
MARCO A. HERNÁNDEZ
United States District Judge